IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff*, vs. UNIVERSAL HOME IMPROVEMENT LLC aka UNIVERSAL ROOFING, and MICHAEL ESPINOZA, *Defendants*. | Case No. 1:24-cv-12876<br><br>Judge April M. Perry<br>Magistrate Judge M. David Weisman |

**RETURN OF SERVICE OF THE SUMMONS AS TO**
**DEFENDANT UNIVERSAL HOME IMPROVEMENT LLC**

Plaintiff, Jorge Alejandro Rojas, files the following proof of service as to Universal Home Improvement LLC aka Universal Roofing ("Universal Roofing"). Service of process was completed via the Illinois Secretary of State, as explained more fully below.

Plaintiff attempted service of process utilizing a process server at the address listed as the Registered Agent for service of process with the Illinois Secretary of State, Lorenzo Vega 946 Evanston St Apt 110 Hoffman Estates, IL 60169-1881. The process server was advised by the leasing office of that residence that the subject was no longer a resident because he was evicted. Dkt. 14.

Following this, Plaintiff attempted to resolve the service issue with Michael Espinoza via telephone. Plaintiff was unable to.

Because Universal Roofing has listed 946 EVANSTON ST APT 110 HOFFMAN ESTATES, IL 60169-1881 with the Illinois Secretary of State as the registered agent address for Universal Roofing, and is not accessible at that address following an attempt being made at that address, Plaintiff has performed service on Universal Roofing via the Illinois Secretary of State. The basis for this service is that Mr. Vega (the registered agent) cannot with reasonable diligence be found at the registered office of record in Illinois. Given that the process server was able to

make contact with the leasing office on the first attempt and was advised that the individual had been evicted makes future attempts to serve at that address unnecessary.

Plaintiff subsequently mailed copies of the complaint, summons, proof of non-service (Dkt. 14), and a completed Affidavit of Compliance for Service on Secretary of State, to the Illinois Secretary of State. The Illinois Secretary of State accepted the filing on April 1, 2025[1]. Thereafter, Plaintiff mailed, on April 12, 2025, a copy of the proof of service on the Secretary of State, along with the summons and complaint, via first class, certified mail (Exhibit 1), to both the 946 Evanston St Apt 110 Hoffman Estates, IL 60169-1881 address as well as the principal address for Universal Roofing, 5326 W 124th St Alsip, IL 60803.

805 ILCS 180/1-50 authorizes service of process in this manner.

Plaintiff construes April 12, 2025 the effective date of service, given that is the date the last event required under 805 ILCS 180/1-50 was performed. Plaintiff therefore calculates the deadline for Universal Roofing to answer, plead, or otherwise respond to the Complaint to be May 5, 2025.

Plaintiff declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: April 12, 2025.                                /s/ *Jorge Alejandro Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

**CERTIFICATE OF SERVICE**

Plaintiff will send a copy of this filing via mail to the last known address of each Defendant.

*/s/ Jorge Alejandro Rojas*

---

[1] Plaintiff's prior Motion for Extension of Time to Serve Defendants stated that the Secretary of State received the service request on February 25, 2025. Dkt. 7. The Secretary of State subsequently returned Plaintiff's request because Plaintiff incorrectly submitted the form for service on an Inc rather than an LLC. The form for service on an LLC was accepted on April 1, 2025.

2