**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | |
| *Plaintiff,* | Case No. 1:24-cv-12876 |
| vs. | Judge April M. Perry |
| | Magistrate Judge M. David Weisman |
| UNIVERSAL HOME IMPROVEMENT LLC aka UNIVERSAL ROOFING, and MICHAEL ESPINOZA, | |
| *Defendants.* | |

## NOTICE OF WITHDRAWAL OF CITATIONS TO DISCOVER ASSETS

NOTICE IS HEREBY GIVEN that Plaintiff, Jorge Alejandro Rojas, withdraws the December 10, 2025 Citation to Discover Assets issued to Bank of America, N.A. (Dkt. 30), and the December 17, 2025 Citation to Discover Assets issued to Wells Fargo Bank (Dkt. 32).

These are post-judgment proceedings of a lawsuit under the Telephone Consumer Protection Act ("TCPA"), in which judgment was entered against Defendants Michael Espinoza and Universal Home Improvement LLC ("Universal"), jointly and severally. Up until this point of the proceedings, no party appeared in Court and Plaintiff was unaware of any counsel for Defendants.

Since service of the citation, Plaintiff has been in contact with Jonathan Weiss, who is counsel for Defendants. The parties are reaching a resolution of this matter that will ultimately result in a full satisfaction of judgment being filed.

As part of the resolution, Plaintiff withdraws the citations so that the third parties may release any funds back to the defendant.

1

2

Respectfully submitted,

Dated: March 12, 2026.                                                   /s/ Jorge Alejandro Rojas

                                                                        Jorge Alejandro Rojas
                                                                        557 Cambridge Way
                                                                        Bolingbrook, IL 60440
                                                                        Rojas.jorge96@gmail.com
                                                                        424-219-1582
                                                                        Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff will send a copy of this filing to counsel for Defendants, Jonathan Weiss.

                                                                        /s/ Jorge Alejandro Rojas

2